UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CORLISS CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a Wisconsin company, ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota company, EAGLE WEST INSURANCE COMPANY, a California company, QBE SPECIALTY INSURANCE COMPANY, a North Dakota company, and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:20-cv-00080-BJR<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT QBE SPECIALTY INSURANCE COMPANY WITHOUT PREJUDICE |

THIS MATTER having come on regularly before the Court on the Motion of plaintiff for voluntary dismissal of claims against defendant QBE Specialty Insurance Company, without prejudice, and pursuant to Fed..R. Civ. P. 41(a)(1)(A)(i), and the Court having considered plaintiff's Motion and the records and files herein; and the Court being fully advised, now therefore,

ORDER GRANTING VOLUNTARY
DISMISSAL OF CLAIMS
AGAINST QBE SPECIALTY - 1

HOUSER LAW, PLLC
1325 4th AVENUE, SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810

IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's claims against QBE Specialty Insurance Company are hereby dismissed without prejudice and without any award of costs or attorneys' fees to any party.

DATED this 9th day of March 2020.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

HOUSER LAW, PLLC

*/s/ Daniel S. Houser*
Daniel S. Houser, WSBA #32327
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
Phone: 206.962.5810
Email: dan@dhouserlaw.com
*Attorney for Plaintiff*

ORDER GRANTING VOLUNTARY
DISMISSAL OF CLAIMS
AGAINST QBE SPECIALTY - 2

HOUSER LAW, PLLC
1325 4th AVENUE, SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810