THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORLISS CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a Wisconsin company, ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Company, EAGLE WEST INSURANCE COMPANY, a California company, QBE SPECIALTY INSURANCE COMPANY, a North Dakota company, and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No.: 2:20-cv-00080-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Finding good cause therefor, the Court GRANTS the parties' Stipulated Motion to Continue Trial Date and Extend Deadlines. The Court hereby revises the remaining pretrial and trial dates as follows:

///

///

---

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE
CAUSE NO: 2:20-cv-00080-BJR

Page 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

| Event | Original Deadline | New Deadline |
|---|---|---|
| Discovery completed by | November 18, 2020 | January 18, 2021 |
| All dispositive motions must be filed by | December 18, 2020 | February 16, 2021 |
| All motions *in limine* must be filed by | April 12, 2021 | June 11, 2021 |
| Joint Pretrial Statement | April 19, 2021 | June 18, 2021 |
| Pretrial Conference | May 3, 2021 | July 26, 2021 |
| Jury Trial Date | May 17, 2021 | August 2, 2021 |

Dated this 16th day of November, 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE
CAUSE NO: 2:20-cv-00080-BJR

Page 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930