THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORLISS CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a Wisconsin company, ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota Company, EAGLE WEST INSURANCE COMPANY, a California company, QBE SPECIALTY INSURANCE COMPANY, a North Dakota company, and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No.: 2:20-cv-00080-BJR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST EAGLE WEST INSURANCE COMPANY WITH PREJUDICE |

**STIPULATION**

Plaintiff Corliss Condominium Owners Association (the "Association") and Defendant Eagle West Insurance Company ("EWIC") (together, the "Parties") stipulate that the claims asserted against EWIC by the Association in this lawsuit, including but not limited to all contractual and extra-contractual claims, should be dismissed with prejudice and without an award of costs or fees to any of the Parties.

STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST EAGLE WEST INSURANCE COMPANY WITH PREJUDICE   CAUSE NO: 2:20-cv-00080-BJR

Page 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

IT IS SO ORDERED this 17th day of February, 2021.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

| HOUSER LAW, PLLC | BULLIVANT HOUSER BAILEY PC |
| --- | --- |
| ** *per emailed authority* | |
| By */s/ Daniel S. Houser* | By */s/ Daniel Bentson* |
| Daniel S. Houser, WSBA #32327 | Daniel R. Bentson, WSBA #36825 |
| dan@dhouserlaw.com | daniel.bentson@bullivant.com |
| | Owen R. Mooney, WSBA #45779 |
| Attorneys for Plaintiff Corliss | Owen.mooney@bullivant.com |
| Condominium Owners Association | Alexander Jurisch, WSBA #53552 |
| | alexander.jurisch@bullivant.com |
| | Attorneys for Defendant Eagle West Insurance Company |

STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST EAGLE WEST INSURANCE COMPANY WITH PREJUDICE   CAUSE NO: 2:20-cv-00080-BJR

Page 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930