1
2
3
4
5
6

The Honorable Barbara J. Rothstein

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

8
9  CORLISS CONDOMINIUM OWNERS
   ASSOCIATION, a Washington non-profit
   corporation,

No. 2:20-cv-00080-BJR

10
                        Plaintiff,

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**
**WITHOUT FEES AND COSTS**

11
                   v.

*(Clerk's Action Required)*

12
13  AMERICAN FAMILY INSURANCE
    COMPANY, a Wisconsin company, ASPEN
    SPECIALTY INSURANCE COMPANY, a
14  North Dakota company, EAGLE WEST
    INSURANCE COMPANY, a California
15  company, QBE SPECIALTY INSURANCE
    COMPANY, a North Dakota company, and
16  DOE INSURANCE COMPANIES 1–10,

17                      Defendants.

18

**I. STIPULATION**

19

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties Plaintiff Corliss

20

Condominium Owners Association and Defendant American Family Insurance Company, by and

21

through their attorneys of record, hereby stipulate to the dismissal of all claims with prejudice

22

and without an award of attorneys' fees or costs to either party.

23

No. 2:20-cv-00080-BJR
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**WITHOUT FEES AND COSTS - 1**

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

<p/>

DATED this 15th day of March 2021.

| **HOUSER LAW, PLLC** | **WATHEN LEID HALL & RIDER P.C.** |
|---|---|
| By: *s/Daniel S. Houser*<br>Daniel S. Houser, WSBA #32327<br>*Counsel for Plaintiff*<br>1325 4th Avenue, Suite 1650<br>Seattle, WA  98101<br>T: 206 962 5810<br>dan@dhouserlaw.com | By: *s/William L. Weber III*<br>Rory W. Leid, WSBA #25075<br>William R. Weber III, WSBA #28867<br>*Counsel for Defendant American Family*<br>222 Etruria Street<br>Seattle, WA  98109<br>T: 206 622 0494<br>rleid@cwlhlaw.com<br>wweber@cwlhlaw.com |

No. 2:20-cv-00080-BJR
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE WITHOUT FEES AND COSTS - 2**

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON  98109
(206) 622-0494/FAX (206) 587-2476

## II. ORDER

IN CONFORMITY with the foregoing Stipulation, IT IS HEREBY ORDERED that all claims brought, or that could have been brought, by Plaintiff Corliss Condominium Owners Association against Defendant American Family Insurance Company in the above-captioned matter shall be, and hereby are, DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

DATED this 13th day of April, 2021.

*(signature)*
Barbara Jacobs Rothstein
U.S. District Court Judge

*Presented by:*

**WATHEN | LEID | HALL | RIDER, P.C.**

*s/William L. Weber III*
Rory W. Leid, III, WSBA #25075
William L. Weber, III, WSBA #28867
*Attorneys for Defendant American Family*
222 Etruria Street
Seattle, WA 98109
Tel: (206) 622- 0494
rleid@cwlhlaw.com
wweber@cwlhlaw.com


*Approved:*

**HOUSER LAW, PLLC**

*s/Daniel S. Houser*
Daniel S. Houser, WSBA #32327
*Attorneys for Plaintiff*
1325 4th Avenue, Suite 1650
Seattle, WA 98101
Tel: (206) 962-5810
dan@dhouserlaw.com
Shelly@dhouserlaw.com

No. 2:20-cv-00080-BJR
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE WITHOUT FEES AND COSTS - 3**

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476